UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA

v.  CRIMINAL ACTION NO.
    3:00CR00263CH)

ANDRE DAWSON
    Defendant.

MARCH 25, 2008

### ORDER TO SHOW CAUSE

The Defendant is hereby ORDERED to SHOW CAUSE, by April 15, 2008, why the defendant ought to be granted relief pursuant to 18 U.S.C. § 3582(c)(2) and 994(u), as well as Amendment 706 to the U.S.S. Guidelines.

The court has reviewed a supplemental Presentence Report prepared by the Probation Office that suggests the defendant is ineligible because he received a mandatory minimum sentence the Amendment does not lower the applicable guideline range, U.S.S.G. 1B1.10, comment. (n.1.(A)). Defendant was sentenced to a mandatory minimum sentence.

**SO ORDERED.**

Dated at Bridgeport, Connecticut this 25th day of March, 2008.

                                          /S/ Janet C, Hall
                                          Janet C. Hall
                                          United States District Court